**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:23-cv-02429-NYW-MDB

DANA DRUZBIK,

    Plaintiff,

v.

JOANN CHAPMAN

    Defendants,

___

**PLAINTIFF'S FED.R.CIV.P. 7.1(a)(2) DISCLOSURE STATEMENT**
___

Pursuant to 28 U.S.C. §1332(a), Plaintiff Dana Druzbik, hereby submits the following disclosure statement pursuant to Fed.R.Civ.P. 7.1(a)(2):

1) The Plaintiff, Dana Druzik is a citizen of the State of Colorado with a residential address of 6032 Ashmore Lane, Colorado Springs, CO 80927.

Dated this 20th day of September 2023.

    *s/ Mark A. Larson*
    Mark A. Larson, #23274
    Larson Larimer Schneider, PC
    9605 S. Kingston Court, #250
    Englewood, CO 80112
    Tel. (303) 221-0039
    Fax (303) 221-4924
    mlarson@injurylaw.co