# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-02429-NYW-MDB

DANA DRUZBIK,

    Plaintiff,

v.

JOANN CHAPMAN

    Defendants,

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE
---

    Plaintiff, Dana Druzbik and Defendant, Joann Chapman by and through their respective counsel of record, herby stipulate and agree that the parties have resolved all claims in this matter and request that the Court enter an Order of Dismissal with Prejudice of Plaintiff's claims against Defendant, with all parties to pay their own fees and costs.

    Dated this 7th day of May 2024

| | |
|---|---|
| s/ Mark A. Larson | s/ Mark S. Ratner |
| Mark A. Larson | Mark S. Ratner, Esq. |
| Larson Larimer Schneider PC | Hall & Evans, LLC |
| 9605 S. Kingston Ct., Ste. 250 | 1001 17th St., Suite 300 |
| Englewood, CO 80112 | Denver, CO. 80202 |
| (303) 221-0039 | (303) 628-3300 |
| Attorney for Plaintiff | Attorney for Defendant JoAnn Chapman |

1